

U.S. Department of Justice

United States Attorney
Eastern District of New York

KCM
F. #2023V02459

610 Federal Plaza
Central Islip, New York 11722

June 11, 2025

By ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Re: United States v. Dexter Isaac
Criminal Docket No. 98-497 (MKB)

Dear Judge Brodie:

The government respectfully submits this letter to request a brief extension of the government's response to petitioner Dexter Isaac's pro se motion due on June 13, 2025. The government requests an extension until Friday, July 11, 2025. This is the government's first extension request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Kaitlin C. McTague
Kaitlin C. McTague
Assistant U.S. Attorney
(631) 715-7878

cc: Clerk of Court (MKB) (via ECF)